June 7, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM J. HIBLER, Appellant

NO. 14-11-00942-CV

V.

ERIK GARZA, Appellee

_____

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on October 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, William J. Hibler to pay all costs incurred in this appeal. We further order this decision certified below for observance.